*E. A. Hawkins,* for plaintiff in error.

*J. A. Hixon* and *R. L. Maynard,* contra.

---

BAILEY *v.* VITAGRAPH-LUBIN-SELIG-ESSANAY INC. *et al.*

BECK, P. J. In a suit for unliquidated damages the jury are not compelled to find the amount testified to by witnesses, though it be uncontroverted, where the amount is fixed by the opinion of the witness giving the testimony. Applying this rule to the present case, the verdict was not demanded, and the judgment granting a first new trial will not be disturbed.      *Judgment affirmed. All the Justices concur.*

No. 426. DECEMBER 13, 1917.

Equitable petition. Before Judge Bell. Fulton superior court. March 12, 1917.

*Nalley & Scott,* for plaintiff.

*J. A. Morris* and *Myer Goldberg,* for defendants.